**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1339**

ROSARIO A. FIORANI, JR., on behalf of 7 States' Attorney
Generals, or FTC pursuant to Title 15 U.S.C. 45(a), 5,

              Plaintiff - Appellant,

        v.

CHRYSLER-DODGE CORPORATION; ROBERT KIDDER, Chairman or CEO,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:10-cv-00989-TSE-TCB)

Submitted:  July 21, 2011             Decided:  July 25, 2011

Before NIEMEYER  and  GREGORY,  Circuit  Judges,  and  HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rosario A. Fiorani, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order accepting the magistrate judge's recommendation and dismissing Fiorani's civil complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fiorani v. Chrysler-Dodge Corp., No. 1:10-cv-00989-TSE-TCB (E.D. Va. Mar. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED